# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ARTHUR McHUGH, MARY ANN McHUGH** and
**ATLANTIS COIN & JEWELRY, INC.,**
Appellants,

v.

**PATMARKAT CORPORATION** d/b/a **J & J AUTO ELECTRIC,**
Appellee.

No. 4D16-1355

[November 2, 2017]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu T. Sasser, Judge; L.T. Case No. 502012CA018554XXXXMB.

Andrew A. Harris of Burlington & Rockenbach, P.A., West Palm Beach, and Peter A. Dyson of Metnick, Levy & Dyson, Delray Beach, for appellants.

Richard A. Sherman, Sr. and James W. Sherman of Richard A. Sherman, P.A., Fort Lauderdale and Anthony P. Corsini of Flanagan & Maniotis, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed*

LEVINE, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***